UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BECKI RUTH MAAS,

    Petitioner,

v.                                              CASE NO. 8:20-cv-324-T-02AAS

ASHLEY MOODY, ATTORNEY
GENERAL of FLORIDA,

    Respondent.
_____/

## ORDER

Before the Court is Ms. Maas' "emergency" petition for a writ of habeas corpus (Doc. 1) in which she challenges her sentence of 5 days in prison for contempt of court. An individual named Ali Taj Bey signed the petition on behalf of Petitioner as "next friend." (Id., docket p. 14).

Although Ms. Maas may seek legal assistance from others, this does not mean that a non-attorney may practice law in this Court. Section 1654 of Title 28 of the United States Code, does not allow unlicensed individuals to represent other individuals. "An individual who is not licensed as an attorney 'may not appear on another person's behalf in the other's cause.'" *Bar-Navon v. Sch. Bd.*, 2006 U.S. Dist. LEXIS 78408, at *5 (M.D. Fla. Oct. 27, 2006) (quoting *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998)). *See also, Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2nd Cir. 1991) ("[Section 1654] does not allow for unlicensed laymen to represent anyone else other than themselves."); Local Rule 2.01(a) (M.D. Fla.) ("No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule."). Moreover, Rule 11 states in pertinent part that "[e]very pleading, written motion, and other paper *must be signed by at least one attorney*

*of record in the attorney's name--or by a party personally if the party is unrepresented.*" Rule 11(a), Fed. Rules Civ. P. (emphasis added). And although Mr. Bey asserts that he filed the petition as "next friend" on behalf of Ms. Maas, "next friend" standing is not granted automatically. *See Harris v. Buckhorn*, 545 F. App'x 862, 863 (11th Cir. 2013). Rather, "next friend" status may be granted only when the real party in interest cannot appear on her own behalf, and the next friend is "truly dedicated to the best interests" of the real party in interest. *Id*. Mr. Bey has failed to demonstrate that Ms. Maas cannot appear on her own behalf and that he is truly dedicated to her best interests.

Accordingly, the petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice to Ms. Maas resubmitting a petition signed by herself or an attorney. The Clerk shall close this case.

**ORDERED** in Tampa, Florida, on ____Feb 11th____, 2020.

_____
WILLIAM F. JUNG
United States District Judge

SA: sfc
Copy to: Becki Ruth Maas, *pro se*